# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KEITH HARRELL, | Case No. EDCV 17-2121-CJC (LAL) |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation. To the extent Petitioner attempts through his Objections to bring his case within the reach of California Penal Code section 1381.5 by providing new assertions regarding his confinement in federal custody, his claim still fails. Section 1381.5 applies to defendants who have been convicted of a federal offense and are serving their federal prison sentences pursuant to that conviction. Cal. Penal Code § 1381.5. Petitioner declares that he was confined in federal custody between October and November 2003, and again between April and June 2005. (Objections, Declaration of Ronnie Keith Harrell.) However, Petitioner did not plead guilty to the federal charges until November 14, 2005. (Supplemental CT at 4-5.) Thus, at the

time of his alleged federal confinement, Petitioner was not serving a sentence in a federal institution pursuant to a federal conviction.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: May 20, 2019

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE