# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KEITH HARRELL, | Case No. EDCV 17-2121-CJC (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 20, 2019

                                             _____
                                             HONORABLE CORMAC J. CARNEY
                                             UNITED STATES DISTRICT JUDGE